Short Title: Capital One, National Associate v. AFLLC

Docket No.: 15-1398

Substitute, Additional, or Amicus Counsel's Contact Information is as follows:

Name: Zvi A. Storch, Esq.

Firm: The Law Office of Zvi A. Storch

Address: 26 Court Street, Suite 1200, Brooklyn, NY 11242

Telephone: (718) 404-1913

Fax: (718) 395-1913

E-mail: zvistorch@me.com

Appearance for: Y. Zavurov, F. Zavurova, and N. Zavurov, Defendants-Appellants
(party/designation)

Select One:

[✓] Substitute counsel (replacing lead counsel: Joseph Schwartz, Esq. )
(name/firm)

[ ] Substitute counsel (replacing other counsel: _____ )
(name/firm)

[ ] Additional counsel (co-counsel with: _____ )
(name/firm)

[ ] Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

[✓] I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

[ ] I applied for admission on _____ .

Signature of Counsel: /s/ Zvi A. Storch

Type or Print Name: Zvi A. Storch

## CERTIFICATION OF SERVICE

I hereby certify that on May 27, 2015 a copy of the Notice of Appearance for Substitute, Additional, or Amicus Counsel, Civil Appeal Pre-Argument Statement (Form C), and Civil Appeal Transcript Information (Form D), were served, via regular mail and email, upon the following addressees:

Dwight E. Yellen, Esq.
Jerold C. Feuerstein, Esq.
Kriss & Feuerstein LLP
Attorneys for Plaintiff-Appellee SDF9 COBK LLC
360 Lexington Avenue
12th Floor
New York, New York 10017
Tel.: (212) 661-2900
Fax.: (212) 661-9398
Email: dyellen@kandfllp.com

_____
Zvi Storch, Esq.
Attorneys for Defendants-Appellants
Y. Zavurov, F. Zavurova, and Nisin Zavurov